UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY JAMES,

          Plaintiff,

-vs-                                  Case No. 6:08-cv-103-Orl-28KRS

SANFORD AUTO DEALER EXCHANGE, INC.,

          Defendant.
_____

## ORDER

This case is before the Court on the Renewed Joint Motion for Approval of Settlement (Doc. No. 31) filed July 18, 2008 and the Joint Motion for Fairness Hearing and Approval of Settlement (Doc. No. 33) filed August 26, 2008. The United States Magistrate Judge has submitted a report recommending that the Renewed Joint Motion for Approval of Settlement be denied as moot and the Joint Motion for Fairness Hearing and Approval of Settlement be granted to the extent that the amount the Plaintiffs will receive is a fair resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA").

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 8, 2008 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement (Doc. No. 31) is **DENIED as moot.**

3. The Joint Motion for Fairness Hearing and Approval of Settlement (Doc. No. 33) is **GRANTED** to the extent that the unpaid wages Plaintiffs will receive pursuant to the Settlement Agreement is a fair resolution of a bona fide dispute under the FLSA.

4. The collective action allegations in the Complaint are **DISMISSED.**

5. The putative Plaintiffs are each joined as named Plaintiffs to this action.

6. The Court declines to retain jurisdiction to enforce the settlement.

7. This case is dismissed with prejudice as to all parties.

8. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 29th day of October, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party